THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **Gulf Packaging, Inc.** | ) | Case No. _____ |
| | ) | **Chapter 11** |
| | ) | |
| Debtor. | ) | |

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5) *Amount of claim[if secured also state value of security)* |
|---|---|---|---|---|
| ACME<br>ALLISON HOLT<br>3650 WEST LAKE AVENUE<br>GLENDVIEW, IL 60025 | ACME<br>ALLISON HOLT<br>3650 WEST LAKE AVENUE<br>GLENDVIEW, IL 60025<br>TEL: 888-888-4493<br>EMAIL: AHolt@SignodeAcme.com | Trade | | $2,238,492.53 |
| AEP INDUSTRIES<br>TOM MORIARTY<br>95 CHESTNUT RIDGE ROAD<br>MONTVALE, NJ 07645 | AEP INDUSTRIES<br>TOM MORIARTY<br>95 CHESTNUT RIDGE ROAD<br>MONTVALE, NJ 07645<br>TEL: 800-999-2374<br>EMAIL: MoriartyT@aepinc.com | Trade | | $1,190,293.98 |
| INTEPLAST GROUP, LTD.<br>DIANA PAZ<br>9 PEACH TREE HILL ROAD<br>LIVINGSTON, NJ 07039 | INTEPLAST GROUP, LTD.<br>DIANA PAZ<br>9 PEACH TREE HILL ROAD<br>LIVINGSTON, NJ 07039<br>TEL: 973-994-7679<br>EMAIL: dpaz@inteplast.com | Trade | | $979,794.74 |
| MAILLIS STRAPPING SYSTEMS<br>MARK BELFORE<br>404 WALL STREET<br>FOUNTAIN INN, SC 29644 | MAILLIS STRAPPING SYSTEMS<br>MARK BELFORE<br>404 WALL STREET<br>FOUNTAIN INN, SC 29644<br>TEL: 877-962-4648<br>EMAIL: markb@maillisstrapping.com | Trade | | $855,762.38 |
| INTERTAPE POLYMER CORPORATION<br>JUDY MCHENRY<br>200 PARAMOUNT DRIVE<br>SUITE 300<br>SARASOTA, FL 34232 | INTERTAPE POLYMER CORPORATION<br>JUDY MCHENRY<br>200 PARAMOUNT DRIVE<br>SUITE 300<br>SARASOTA, FL 34232<br>TEL: 514-905-3291<br>EMAIL: JMcHenry@itape.com | Trade | | $698,030.49 |

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security)* |
|---|---|---|---|---|
| BERRY PLASTICS CORPORATION<br>ELAINE DAVIS<br>2199 MOMENTUM PLACE<br>CHICAGO, IL 60689-5321 | BERRY PLASTICS CORPORATION<br>ELAINE DAVIS<br>2199 MOMENTUM PLACE<br>CHICAGO, IL 60689-5321<br>TEL: 508-918-1693<br>EMAIL: ElaineDavis@berryplastics.com | Trade | | $537,750.89 |
| POLYCHEM CORPORATION<br>CHERYL KENNEDY<br>677 HEISLEY ROAD<br>MENTOR, OH 44060 | POLYCHEM CORPORATION<br>CHERYL KENNEDY<br>677 HEISLEY ROAD<br>MENTOR, OH 44060<br>TEL: 440-392-3847<br>EMAIL: ckennedy@polychem.com | Trade | | $485,358.13 |
| SIGMA STRETCH FILM<br>VITO GENTILE<br>BLDG #5<br>PAGE & SCHUYLER AVENUES<br>LYNDHURST, NJ 07071 | SIGMA STRETCH FILM<br>VITO GENTILE<br>BLDG #5<br>PAGE & SCHUYLER AVENUES<br>LYNDHURST, NJ 07071<br>TEL: 201-933-6000<br>EMAIL: vito.gentile@sigmaplastics.com | Trade | | $415,249.92 |
| DYNARIC, INC.<br>DOUG TAIT<br>5740 BAYSIDE ROAD<br>VIRGINIA BEACH, VA 23455 | DYNARIC, INC.<br>DOUG TAIT<br>5740 BAYSIDE ROAD<br>VIRGINIA BEACH, VA 23455<br>TEL: 800-526-0827<br>EMAIL: dougt@dynaric.com | Trade | | $382,541.54 |
| ITISTRAP<br>EVA FIORENTIN<br>VIA CAPOVILLA 71/BIS<br>6020 VILLAVERLA (VI),<br>ITALY | ITISTRAP<br>EVA FIORENTIN<br>VIA CAPOVILLA 71/BIS<br>6020 VILLAVERLA (VI),<br>ITALY<br>TEL: 0445/350460<br>EMAIL: eva.fiorentin@itipack.it | Trade | | $322,813.15 |
| GTA TAPES & ADHESIVES INC.<br>R ANDERSON<br>30 COMMERCE ROAD<br>ROCKLAND, MA 02370 | GTA TAPES & ADHESIVES INC.<br>R ANDERSON<br>30 COMMERCE ROAD<br>ROCKLAND, MA 02370<br>TEL: 781-421-2241<br>EMAIL: randerson1@mmm.com | Trade | | $303,480.03 |
| XSYS, INC.<br>MELISSA SARKISIAN<br>653 STEELE DRIVE<br>VALPARAISO, IN 46385 | XSYS, INC.<br>MELISSA SARKISIAN<br>653 STEELE DRIVE<br>VALPARAISO, IN 46385<br>TEL: 219-477-4816<br>EMAIL: m.sarkisian@xsysinc.com | Trade | | $264,918.00 |
| INTERWRAP CORP<br>MIKE NIELLY<br>1818-1177 WEST HASTINGS ST<br>VANCOUVER, BC V6E 2K3<br>CANADA | INTERWRAP CORP<br>MIKE NIELLY<br>1818-1177 WEST HASTINGS ST<br>VANCOUVER, BC V6E 2K3<br>CANADA<br>TEL: 604-820-5400<br>EMAIL: mnielly@interwrap.com | Trade | | $253,779.56 |
| STACKTIGHT<br>THÉRÈSE KHALIL<br>904 HAWKINS STREET<br>CARROLLTON, KY 41008 | STACKTIGHT<br>THÉRÈSE KHALIL<br>904 HAWKINS STREET<br>CARROLLTON, KY 41008<br>TEL: 819-477-6788<br>EMAIL: theresek@abzac.ca | Trade | Disputed<br>($51,399.07) | $227,677.00 |

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim[if secured also state value of security)* |
|---|---|---|---|---|
| LAMINATIONS CORPORATION<br>MARY LOU REID<br>101 POWER BLVD<br>ARCHBALD, PA  18403 | LAMINATIONS CORPORATION<br>MARY LOU REID<br>101 POWER BLVD<br>ARCHBALD, PA  18403<br>TEL: 800-685-2626<br>EMAIL: Mreid@greatnortherncorp.com | Trade | | $209,670.66 |
| ARS DEVELOPMENT<br>ARMAN SARKISIAN<br>653 STEELE DR<br>VALPARAISO, IN  46385 | ARS DEVELOPMENT<br>ARMAN SARKISIAN<br>653 STEELE DR<br>VALPARAISO, IN  46385<br>TEL: 219-477-4816<br>EMAIL: a.sarkisian@xsysinc.com | Trade | | $209,044.00 |
| STRAPACK, INC.<br>TUI SAIWANICH<br>33508 CENTRAL AVE.<br>UNION CITY, CA  94587 | STRAPACK, INC.<br>TUI SAIWANICH<br>33508 CENTRAL AVE.<br>UNION CITY, CA  94587<br>TEL: 510-475-6000<br>EMAIL: tui@strapack.com | Trade | | $204,892.66 |
| VIBAC CANADA INC.<br>LORIANA SAVIGNANO<br>12250 BOUL INDUSTRIEL<br>MONTREAL, QC  H1B 5M5<br>CANADA | VIBAC CANADA INC.<br>LORIANA SAVIGNANO<br>12250 BOUL INDUSTRIEL<br>MONTREAL, QC  H1B 5M5<br>CANADA<br>TEL: 514-640-0250<br>EMAIL: loriana.savignano@vibac.com | Trade | | $188,630.13 |
| BEMIS CLYSAR, INC.<br>JAIME A GOODSMAN<br>HIGHWAY 67 SOUTH<br>PO BOX 2951<br>CLINTON, IA  52733-2951 | BEMIS CLYSAR, INC.<br>JAIME A GOODSMAN<br>HIGHWAY 67 SOUTH<br>PO BOX 2951<br>CLINTON, IA  52733-2951<br>TEL: 563-259-3275<br>EMAIL: Jaime.goodsman@clysar.com | Trade | | $184,812.99 |
| LEICATEX LTD.<br>JIM SCHORNEGAL<br>405 EXETER ROAD<br>LONDON, ON  N6E 2Z3<br>CANADA | LEICATEX LTD.<br>JIM SCHORNEGAL<br>405 EXETER ROAD<br>LONDON, ON  N6E 2Z3<br>CANADA<br>TEL: 800-617-6504<br>EMAIL: jim@leicatex.com | Trade | | $168,797.57 |

I, the Chief Restructuring Officer of GULF PACKAGING, INC, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 4/29/2015

GULF PACKAGING, INC, Debtor
By: Ted Gavin
Its: Chief Restructuring Officer