IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 Case |
| | ) | |
| **GULF PACKAGING, INC.,** | ) | **Case No. 15-15249** |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |
| | ) | |

## NOTICE OF FILING

To:  See Attached Service List

    PLEASE TAKE NOTICE that on May 11, 2015, the United States Trustee by his attorney, Kathryn Gleason, caused a copy of the **NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS** to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, a copy of which is attached hereto and herewith served upon you.

                                                             By:/s/ Kathryn M. Gleason
                                                                 Kathryn M. Gleason, Trial Attorney
                                                                 Office of the U.S. Trustee
                                                                 219 S. Dearborn St., Room 873
                                                                Chicago, IL 60604
                                                                312-886-3327

## CERTIFICATE OF SERVICE

      I, Kathryn Gleason, an attorney, state that pursuant to Local Rule 9013-1(D) the above **NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS** was filed on May 11, 2015, and served on all persons identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to sent via Electronic Mail or First Class Mail, as indicated, before 5:00 p.m. on May 11, 2015.

      /S/     *Kathryn Gleason*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Micheal W. Bishop – mbishop@grayreed.com
Jason S. Brookner – jbrookner@grayreed.com
Joseph D. Frank – jfrank@fgllp.com
Jeremy C. Kleinman – jkleinman@fgllp.com

**Parties Served via Electronic Mail:**

Ramunas Venclovas*
Signode Industrial Group LLC
Email: rvenclovas@signode.com

Robert Novotny
AEP Industries, Inc.
Email: novotnyr@aepinc.com

Mark Belfore
Maillis Strapping Systems, USA, Inc.
Email: markb@maillisstrapping.com

Judy McHenry
Intertape Polymer Corp.
Email: jmchenry@itape.com

Shelly Martin
Berry Plastics Corporation
Email: shellymartin@berryplastics.com

Vito Gentile
Sigma Stretch Film
Email: vito.gentile@sigmaplastics.com

Alexander LaRosa (representative)
Stacktight, LLC
Email: ajlarosa@mskvt.com

Asami Cillo
Strapack, Inc.
Email: anc@strapack.com

Jim Schornagel
Leicatex Limited
Email: jim@leicatex.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 Case |
| | ) | |
| **GULF PACKAGING, INC.,** | ) | **Case No. 15-15249** |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |
| | ) | |

**NOTICE OF APPOINTMENT OF COMMITTEE
OF UNSECURED CREDITORS**

The following persons, selected from unsecured creditors who are willing to serve, are hereby appointed as the creditors' committee in this case:

CREDITOR/REPRESENTATIVE

Ramunas Venclovas*
Signode Industrial Group LLC

Robert Novotny
AEP Industries, Inc.

Mark Belfore
Maillis Strapping Systems, USA, Inc.

Judy McHenry
Intertape Polymer Corp.

Shelly Martin
Berry Plastics Corporation

Vito Gentile
Sigma Stretch Film

Alexander LaRosa (representative)
Stacktight, LLC

Asami Cillo
Strapack, Inc.

Jim Schornagel
Leicatex Limited             *Interim Creditors' Committee Chairman

                                                            RESPECTFULLY SUBMITTED,
                                                            PATRICK S. LAYNG
                                                            UNITED STATES TRUSTEE

DATE: May 11, 2015                              By:  */s/  Kathryn Gleason*
                                                                       Kathryn Gleason
                                                                       Attorney for the U.S. Trustee