**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 15 B 15249 |
| | ) | |
| GULF PACKAGING, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Pamela S. Hollis |

**ORDER ENTERING FINDINGS OF FACT AND CONCLUSIONS OF LAW
AWARDING TO GRAY REED & McGRAW, P.C., ATTORNEYS FOR DEBTOR,
ALLOWANCE AND PAYMENT OF SECOND INTERIM AND FINAL APPLICATION
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES** [EOD # 346]

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 355,848.50 | TOTAL COSTS REQUESTED: | $ 10,952.93 |
| TOTAL FEES REDUCED: | $   2,373.50 | TOTAL COSTS REDUCED: | $       82.90 |
| TOTAL FEES ALLOWED: | $ 353,475.00 | TOTAL COSTS ALLOWED: | $ 10,870.03 |

**TOTAL FEES AND COSTS ALLOWED:   $ 364,345.03**

THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES WHICH HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION WHICH APPEARS NEXT TO EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

**(2)   Reimbursement Limited to Actual, Necessary Expenses**

The court denies the allowance of reimbursement for expenses which were not actually and necessarily incurred by the applicant. See 11 U.S.C. §§ 330(a)(1)(B) and 331. The fee application fails to demonstrate that the requested expenses for photocopies or facsimiles (or both) were actual out-of-pocket disbursements and that the quoted rates were necessary in light of prevailing (and lower) commercial rates. In the absence of such proof, the court will allow reimbursement of photocopy expenses at a rate of $0.10 per page in accordance with prevailing commercial rates and will not allow expenses for facsimiles.

**(5)   Duplication of Services**

The court denies the allowance of compensation for services that duplicate those of another professional or paraprofessional. See 11 U.S.C. § 330(a)(4)(A)(i). Also, when more than one attorney appears in court on a motion or argument or for a conference, no fee should be sought for non-participating counsel. In re Pettibone, 74 B.R. 293, 307 (Bankr. N.D. Ill. 1987) ("A debtor's estate should not bear the burden of duplication of services. If found in the record, such duplication shall be disallowed by the court as unnecessary.").

**(8)     Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are considered overhead of the professional and are built into the professional's hourly billing rates. In re Chellino, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); Souza v. Miguel, 32 F. 3rd 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical and routine messenger services).

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED THAT** Gray Reed & McGraw is authorized to draw $8,472.78 from its pre-petition retainer to pay for fees incurred during the Second Interim Period; and

**IT IS FURTHER ORDERED THAT** Gray Reed & McGraw is granted an allowed priority claim of $94,243.51 for its unpaid fees and expenses.

ENTERED:

Date: MAR 2 4 2016

PAMELA S. HOLLIS
United States Bankruptcy Judge

**||| Gray Reed & McGraw P.C.**

Gulf Packaging, Inc.
jcutshall@gulfpack.com
asarkisian@gulfpack.com
rlange@gulfpackaging.com

Bill Date:       September 18, 2015
Client.Matter:   013182.000004
Invoice:         413144
Page:            3 of 4

**Matter 000004 – Chapter 11 - General**

**Professional Services - Detail**

| Date | Tkpr | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 08/03/15 | JSB | Call with T. Gavin regarding actions to take this week (adversary proceedings, extension motions, etc.). | 0.40 | $234.00 |
| 08/05/15 | JSB | Call with D. Karcazes regarding Florida Gulf property of estate (.2); Correspondence with constituents regarding same (Capflow) (.3). | 0.50 | $292.50 |
| 08/07/15 | JSB | Correspondence with T. Gavin regarding budget, Gulf Florida and other outstanding issues. | 0.90 | $526.50 |
| 08/10/15 | DRT | Prepare correspondence to Camille Macias, Deputy Labor Commission, State of California regarding the case of Keith Reimer v. Gulf Packaging, Inc., State Case No. 2015-75799-CM (.8); Compile the various attachments for the same (.3). | 1.10 | $181.50 |
| 08/11/15 | DRT | Assist Mr. Brookner with preparing correspondence to Erin J. Kennedy (.6); Attend to forwarding same (.2). | 0.80 | $132.00 |
| 08/11/15 | JSB | Letter to California DOL regarding administrative proceeding and revise same. | 0.60 | $351.00 |
| 08/12/15 | DRT | Prepare and revise letter to Charley Park, Deputy Labor Commission - State of California regarding Lori Ann Rodriguez's' claim. | 1.30 | $214.50 |
| 08/13/15 | DRT | Preparation and organization of documents and pleadings. ⑧ (-$99.00) | 0.60 | $99.00 |
| 08/14/15 | DRT | Forward Deputy of Labor letters to Robert Lange. [No Charge]. | 0.20 | $33.00 |
| 08/14/15 | JSB | Review Committee's objections to motion to extend exclusivity and to retain UMAC and multiple emails with various constituents regarding same. | 1.10 | $643.50 |
| 08/16/15 | JSB | Correspondence with T. Gavin and D. Karcazes regarding schedule for today and tomorrow. | 0.30 | $175.50 |
| 08/18/15 | DRT | Compilation of various documents and pleadings filed with the court (1.6); ⑧ Preparation and organization of documents and pleadings (.3; No Charge). (-$264.00) | 1.60 | $264.00 |
| 08/18/15 | JSB | Review recent correspondence regarding information requests and related (.2); Call with counsel and T. Gavin regarding today's hearings, strategy and overall goals/end-game/resolution (.8); Review correspondence regarding information flow and data (.5). | 1.50 | $877.50 |
| 08/19/15 | DRT | Preparation and organization of documents and pleadings. Compilation of various documents and pleadings filed with the Court. ⑧ (-$495.00) | 3.00 | $495.00 |
| 08/19/15 | JSB | Call with D. Karcazes and T. Gavin regarding status, plan issues, strategy, etc. (.3); Correspondence with Committee and FCC regarding global settlement meeting (.6); Prepare issues list for same (.4); Correspondence with T. Gavin regarding same (.2); Review correspondence regarding information flow (.4). | 1.90 | $1,111.50 |
| 08/20/15 | JSB | Review correspondence between R. Lange and Committee regarding information requests and information flow. | 0.60 | $351.00 |
| 08/21/15 | DRT | Compilation of various documents and pleadings filed with the court. ⑧ (-$82.50) | 0.50 | $82.50 |
| 08/21/15 | JSB | Correspondence with FCC and Committee regarding meeting next week and related. | 0.60 | $351.00 |

**||| Gray Reed & McGraw P.C.**

Gulf Packaging, Inc.
jcutshall@gulfpack.com
asarkisian@gulfpack.com
rlange@gulfpackaging.com

Bill Date: September 18, 2015
Client.Matter: 013182.000004
Invoice: 413144
Page: 4 of 4

| Date | Tkpr | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 08/22/15 | JSB | Multiple emails with Committee and FCC regarding meeting next week. | 0.50 | $292.50 |
| 08/25/15 | DRT | Preparation and organization of documents and pleadings. (8) (-$82.50) | 0.50 | $82.50 |
| 08/25/15 | JSB | Call with T. Gavin and T. Crabtree regarding general status and related strategy items. | 0.60 | $351.00 |
| 08/26/15 | JSB | Lengthy correspondence with B. Lange, et al regarding plan issues, yesterday's meeting with FCC and Committee and related. | 0.80 | $468.00 |
| 08/27/15 | DRT | Preparation and organization of documents and pleadings. (8) (-$66.00) | 0.40 | $66.00 |
| 08/27/15 | JSB | Correspondence with R. Lange and board of directors regarding general case issues and plan issues. | 0.60 | $351.00 |
| | | Total Professional Services | 20.90 | $7,993.50 |

**Professional Services - Timekeeper Summary**

| Person | | Hours | Rate | Amount |
|---|---|---|---|---|
| JSB | Jason S. Brookner | 10.90 | $585.00 | $6,376.50 |
| DRT | Diane R. Trent | 9.80 | $165.00 | $1,617.00 |
| DRT | Diane R. Trent | 0.20 | $0.00 | $0.00 |

CONFIDENTIAL

**ꟼꟼꟼ Gray Reed & McGraw P.C.**

Gulf Packaging, Inc.
jcutshall@gulfpack.com
asarkisian@gulfpack.com
rlange@gulfpackaging.com

Bill Date:      October 20, 2015
Client.Matter:  013182.000004
Invoice:        415151
Page:           3 of 3

**Matter 000004 – Chapter 11 - General**

### Professional Services - Detail

| Date | Tkpr | Description of Services | Hours | Amount |
|------|------|-------------------------|-------|--------|
| 09/02/15 | JSB | Correspondence with T. Gavin regarding set off issues and due to-from issues. | 0.30 | $175.50 (-$175.00) |
| 09/03/15 | DRT | Compilation of various documents and pleadings filed with the court. (8) | 1.00 | $175.00 |
| 09/04/15 | JSB | Review Committee motion to convert and objection to ASK retention (.5); Correspondence with T. Gavin regarding same (.4); Correspondence with FCC counsel and co-counsel regarding same (.3); Review recent correspondence between FCC and Committee regarding settlement (.6). | 1.80 | $1,053.00 |
| 09/06/15 | JSB | Correspondence with R. Lauter and T. Gavin regarding conversion motion, negotiations, etc. (.9); Follow up email with T. Gavin regarding same (.2); Work on matters regarding same (.6). | 1.70 | $994.50 |
| 09/08/15 | JSB | Work with T. Gavin and counsel on open issues. | 0.50 | $292.50 |
| 09/09/15 | JSB | Call with D. Karcazes and T. Gavin regarding cash collateral, plan, negotiations with Committee, forward movement, etc. | 0.80 | $468.00 |
| 09/14/15 | DRT | Review file for various fee statements and compile same (.4); Forward same to Mr. Brookner for his review (.1). | 0.50 | $87.50 (-$455.00) |
| 09/15/15 | DRT | Compilation of various documents and pleadings filed with the court. (8) | 2.60 | $455.00 |
| 09/16/15 | DRT | Preparation and organization of documents and pleadings. (8) (-$35.00) | 0.20 | $35.00 |
| 09/18/15 | DRT | Compilation of various documents and pleadings filed with the court. (8) | 0.30 (-$52.50) | $52.50 |
| 09/25/15 | JSB | Call with D. Karcazes regarding conversion, cash collateral, plan and related. | 0.70 | $409.50 |
| 09/28/15 | JSB | Correspondence with T. Gavin and J. Frank regarding general status (.3); Correspondence with T. Gavin and D. Karcazes regarding same (.2); Call with T. Gavin and D. Karcazes regarding same (.2). | 0.70 | $409.50 |
| 09/30/15 | JSB | Call with D. Karcazes regarding conversion, cash collateral, budget and plan deal (.3); Multiple emails with R. Lauter et al regarding same (.5). | 0.80 | $468.00 |
| | | Total Professional Services | 11.90 | $5,075.50 |

### Professional Services - Timekeeper Summary

| Person | | Hours | Rate | Amount |
|--------|--|-------|------|--------|
| JSB | Jason S. Brookner | 7.30 | $585.00 | $4,270.50 |
| DRT | Diane R. Trent | 4.60 | $175.00 | $805.00 |

**||| Gray Reed & McGraw P.C.**

Gulf Packaging, Inc.
jcutshall@gulfpack.com
asarkisian@gulfpack.com
rlange@gulfpackaging.com

| | |
|---|---|
| Bill Date: | November 12, 2015 |
| Client.Matter: | 013182.000004 |
| Invoice: | 417204 |
| Page: | 3 of 3 |

**Matter 000004 – Chapter 11 - General**

### Professional Services - Detail

| Date | Tkpr | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 10/02/15 | JSB | Correspondence with parties regarding plan "deal", budget, conversion, etc. and work on matters regarding same. | 0.80 | $468.00 |
| 10/07/15 | JSB | Call with D. Karcazes and T. Gavin regarding cash collateral and plan. | 0.60 | $351.00 |
| 10/08/15 | JSB | Call with D. Karcazes regarding status and potential cash collateral/plan deal and correspondence with Committee regarding same (.6); Follow ups regarding same (.5). | 1.10 | $643.50 |
| 10/12/15 | JSB | Correspondence with FCC regarding overall status and receivable from Indiana. | 0.60 | $351.00 |
| 10/14/15 | JSB | Emails with Board of Directors regarding case issues, asset sales, status, etc. (.6); Correspondence with J. Van Etten and others regarding Board of Directors call tomorrow and related issues (.7). | 1.30 | $760.50 |
| 10/15/15 | JSB | Prepare for Board of Directors call (.4); Call with M. Fleck regarding inventory, auction sale, plan and related issues (.8); Board of Directors call (1.4); Follow up with certain Board members regarding sales (.4). | 3.00 | $1,755.00 |
| 10/16/15 | DRT | Preparation and organization of documents and pleadings ⑧ (-$140.00) | 0.80 | $140.00 |
| 10/20/15 | DRT | Preparation and organization of documents and pleadings (.2); Download ⑧ documents filed with the Court (.3). (-$87.50) | 0.50 | $87.50 |
| 10/28/15 | DRT | Download various pleadings filed with the court. ⑧ (-$70.00) | 0.40 | $70.00 |
| | | Total Professional Services | 9.10 | $4,626.50 |

### Professional Services - Timekeeper Summary

| Person | | Hours | Rate | Amount |
|---|---|---|---|---|
| JSB | Jason S. Brookner | 7.40 | $585.00 | $4,329.00 |
| DRT | Diane R. Trent | 1.70 | $175.00 | $297.50 |

**||| Gray Reed & McGraw P.C.**

Gulf Packaging, Inc.
jcutshall@gulfpack.com
asarkisian@gulfpack.com
rlange@gulfpackaging.com

Bill Date: December 10, 2015
Client.Matter: 013182.000007
Invoice: 419148
Page: 3 of 3

## Matter 000007 – Chapter 11 - Business Operations & Employee Issues

### Professional Services - Detail

| Date | Tkpr | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 11/09/15 | TSC | Participate in Board of Directors call and strategy session. | 0.70 | $269.50 |
| 11/09/15 | JSB | Board of Directors call. | 0.80 | $468.00 |
| | | Total Professional Services | 1.50 | $737.50 |

Handwritten annotation: ⑤ (-$269.50)

### Professional Services - Timekeeper Summary

| Person | | Hours | Rate | Amount |
|---|---|---|---|---|
| JSB | Jason S. Brookner | 0.80 | $585.00 | $468.00 |
| TSC | Travis S. Crabtree | 0.70 | $385.00 | $269.50 |

CONFIDENTIAL

## SECOND INTERIM PERIOD EXPENSE SUMMARY BY CATEGORY

| CATEGORY | TOTAL EXPENSE |
|---|---|
| Photocopies  ②  (-$82.90) | $165.80 |
| Travel Expenses | $4,198.98 |
| Telephone | $104.19 |
| Westlaw | $57.92 |
| Litigation Expense | $423.01 |
| Courier | $66.75 |
| Postage | $10.22 |
| TOTAL | $5,026.87 |

### Breakdown of Travel Expenses

| Travel Date | Plane | Lodging | Car Rental | Taxi | Parking | Mileage | Meals | Tips | Other (WiFi) | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 27-Jul-15 | $ 659.01 | $ 657.35 | $ - | $ 75.00 | $ 40.00 | $ - | $ - | $ - | $ - | $1,431.36 |
| 25-Aug-15 | $ 308.00 | $ - | $ - | $ 41.00 | $ 17.00 | $ - | $ - | $ - | $ 8.00 | $ 374.00 |
| 19-Oct-15 | $ 612.00 | $ 315.42 | $ - | $ 67.39 | $ - | $ - | $ - | $ - | $ - | $ 994.81 |
| 17-Nov-15 | $ 481.96 | $ 246.67 | $ - | $ 19.86 | $ 23.00 | $ 23.41 | $ - | $ - | $ 8.00 | $ 802.90 |
| 15-Dec-15 | $ 347.96 | $ 183.31 | $ - | $ 47.64 | $ - | $ - | $ 17.00 | $ - | $ - | $ 595.91 |
| Total: | $2,408.93 | $1,402.75 | $ - | $ 250.89 | $ 80.00 | $ 23.41 | $ 17.00 | $ - | $ 16.00 | $4,198.98 |

3193632.1


EXHIBIT J