**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 15 B 15249 |
| | ) | |
| GULF PACKAGING, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Pamela S. Hollis |

**ORDER ENTERING FINDINGS OF FACT AND CONCLUSIONS OF LAW AWARDING TO FREEBORN & PETERS LLP, ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, ALLOWANCE AND PAYMENT OF SECOND AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES [EOD # 342]**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 375,632.00 | TOTAL COSTS REQUESTED: | $ 5,563.53 |
| TOTAL FEES REDUCED: | $ 3,300.00 | TOTAL COSTS REDUCED: | $ 0 |
| TOTAL FEES ALLOWED: | $ 372,332.00 | TOTAL COSTS ALLOWED: | $ 5,563.53 |

**TOTAL FEES AND COSTS ALLOWED: $ 377,895.53**

THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES WHICH HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION WHICH APPEARS NEXT TO EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

**(5) Duplication of Services**

The court denies the allowance of compensation for services that duplicate those of another professional or paraprofessional. See 11 U.S.C. § 330(a)(4)(A)(i). Also, when more than one attorney appears in court on a motion or argument or for a conference, no fee should be sought for non-participating counsel. In re Pettibone, 74 B.R. 293, 307 (Bankr. N.D. Ill. 1987) ("A debtor's estate should not bear the burden of duplication of services. If found in the record, such duplication shall be disallowed by the court as unnecessary.").

**(8) Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are considered overhead of the professional and are built into the professional's hourly billing rates. In re Chellino, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the

professional); Souza v. Miguel, 32 F. 3rd 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical and routine messenger services).

**(10)    Computational or Typographical Error**

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error.

IT IS SO ORDERED.

ENTERED:

Date:    MAR 2 4 2016

PAMELA S. HOLLIS
United States Bankruptcy Judge

6                                    February 10, 2016

| Date | Initials | Description | Hours |
|---|---|---|---|
| Aug 19, 2015 | SAD | Conference with Jason Torf and Michael Schwarzmann regarding document production (0.5); telephone conference with Michael Schwarzmann regarding documents requested (0.5); e-mail correspondence with Ted Gavin regarding documents (0.7); e-mail correspondence with Michael Schwarzmann regarding documents needed (0.3); e-mail correspondence with Jason Brookner regarding meeting (0.1); e-mail correspondence with committee members regarding case status (0.3). | 3.10 ⑩ (-$336.00) |
| Aug 20, 2015 | RSL | Review electronic information from debtor's accountant (0.8); multiple e-mail correspondence with Michael Schwarzmann regarding same (0.2). | 1.00 |
| Aug 21, 2015 | SAD | Telephone conference with Ted Gavin regarding resolution of case (1.0); e-mail correspondence with Ted Gavin regarding same (0.1). | 1.10 |
| Aug 24, 2015 | DJE | Conference with Shelly DeRousse regarding open case issues, including subpoenas, plan and avoidance actions (0.4). | 0.40 |
| Aug 24, 2015 | JEH | Update subpoena service chart (0.5); review status of subpoenas served (0.3). | 0.80 |
| Aug 24, 2015 | SAD | Multiple e-mail correspondence with committee members regarding open case issues (0.5); prepare for meeting with debtor and FCC (0.8); conference with Devon Eggert regarding same (0.4). | 1.70 |
| Aug 25, 2015 | JEH | Update subpoena service status chart (0.2). | 0.20 |
| Aug 25, 2015 | RSL | Preparation for settlement conference with debtor and lender (1.8); attendance at settlement conference with Ted Gavin, Jason Brookner, Dimitri Karcazes, and Shelly DeRousse regarding debtor's proposed plan (2.0). | 3.80 ⑤ (-$1,310.00) |
| Aug 25, 2015 | SAD | Prepare for meeting (2.0); attending settlement meeting (2.0). | 4.00 |
| Aug 25, 2015 | DJE | Attend portion of meeting with working group regarding open plan and case issues (0.7). | 0.70 ⑤ (-$267.00) |
| Aug 26, 2015 | SAD | Telephone conference with Julius Pohlenz regarding bankruptcy strategy (0.5); multiple e-mail correspondence with Julius Pohlenz regarding strategy (0.5). | 1.00 |

3536514v1/30501-0001

                                            7                          February 10, 2016

| Date | Atty | Description | Hours |
|---|---|---|---|
| Aug 27, 2015 | SAD | Telephone conference with Vito Gentile regarding case strategy (0.5); conference with Richard Lauter regarding committee and strategy (0.4). | 0.90 |
| Aug 28, 2015 | RSL | Conference with Devon Eggert regarding settlement proposal to FCC (1.0). | 1.00 |
| Aug 31, 2015 | JEH | Update subpoena service chart (0.2). | 0.20 |
| Aug 31, 2015 | RSL | Conference with Devon Eggert and Shelly DeRousse regarding motion to convert (1.5). | 1.50 |
| Sep 2, 2015 | JEH | Update subpoena service tracking chart (0.2). | 0.20 |
| Sep 3, 2015 | JEH | Update subpoena tracking chart (0.1). | 0.10 |
| Sep 4, 2015 | ELJ | Draft notice of motion and certificate of service for motion to convert (0.1); conference with Shelly DeRousse regarding same and filing same (0.1); draft notice of filing limited objection to retention of ASK (0.1); file motion to convert and limited objection to ASK retention (0.3). | 0.60 |
| Sep 4, 2015 | DJE | Review and revise motion to convert (0.5); and objection to ASK retention (0.3); multiple e-mail correspondence with Shelly DeRousse and Elizabeth Janczak regarding same (0.2); telephone conferences with Shelly DeRousse regarding same (0.2). | 1.20 |
| Sep 4, 2015 | SAD | Draft motion to convert (2.5); draft objection to retention of ASK (1.0); review operating reports (0.5). | 4.00 |
| Sep 4, 2015 | RSL | Multiple e-mail correspondence with Dimitri Karcazes regarding motion to convert (0.7); multiple e-mail correspondence with Ted Gavin, Dimitri Karcazes, Devon Eggert and Shelly DeRousse regarding motion to convert (0.8); conferences with Shelly DeRousse and Devon Eggert regarding motion to convert (1.0). | 2.50 |
| Sep 8, 2015 | KCS | Coordinate payment of motion to convert to chapter 7 (0.2); order transcript for motion to extend deadline for exclusivity (0.2). | 0.40 ⑧ (-$112.00) |
| Sep 8, 2015 | DJE | Multiple e-mail correspondence with working group regarding hearing on ASK retention motion and plan (0.4); review proposed terms with respect to same (0.2); telephone conference with Richard Lauter and Shelly DeRousse regarding same (0.2). | 0.80 |

3536514v1/30501-0001

11                                February 10, 2016

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| Dec 3, 2015 | SAD | E-mail correspondence with Devon Eggert regarding hearing (0.2). | 0.20 |
| Dec 4, 2015 | SAD | Telephone conference with Joe Myers regarding trust (0.3). | 0.30 |
| Dec 9, 2015 | SAD | Prepare for heraing (0.4); telephone conference with Jeremy Kleinman regarding hearing (0.4). | 0.80 |
| Dec 10, 2015 | SAD | Multiple e-mail correspondence with Richard Lauter regarding hearing (0.4); attend hearing (1.2); telpehone conference with Joe Myers regarding preference recovery (0.4). | 2.00 |
| Dec 11, 2015 | SAD | Telephone conference with Jason Brookner and Jeremy Kleinman regarding case closure issues (0.5). | 0.50 |
| Dec 17, 2015 | SAD | Telephone conference with Devon Eggert regarding hearing (0.3). | 0.30 |
| Jan 11, 2016 | SAD | Various emails to and from Jason Brookner regarding case status (0.3). | 0.30 |
| Jan 14, 2016 | SAD | Prepare for and attend hearing (1.3). | 1.30 |
| Jan 20, 2016 | SAD | Various emails to and from Debtor's and FCC's counsel regarding trust (0.6); compare changes in pdf and email to Dimitri Karkasas (0.5); telephone conference with Jason Brookner regrding trust agreement (0.1); telephone conference with Joe Meyers regarding trust. | 1.80 |
| Jan 21, 2016 | SAD | Various email correspondence regarding final trust document and signatures to/from trustee and debtor's counsel (1.0). | 1.00 |
| Jan 22, 2016 | JEH | Forward creditor trust agreement to Jeremy Kleinman per Shelly DeRousse's request (0.3). | 0.30 |
| Jan 22, 2016 | SAD | Telephone conference with Jeremy Kleinman regarding: filing trust document (0.4). | 0.40 |

[Handwritten annotation next to Jan 20, 2016 entry: "10 (-$288.00)"]

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Eggert, Devon J. | 12.80 | 410.00 | $5,248.00 |
| Lauter, Richard S. | 18.90 | 655.00 | $12,379.50 |
| DeRousse, Shelly A. | 58.50 | 480.00 | $28,080.00 |
| Janczak, Elizabeth L. | 3.80 | 325.00 | $1,235.00 |
| Bartlett, Alan | 0.30 | 295.00 | $88.50 |

3536514v1/30501-0001

2                                              November 20, 2015

Statement No: 100187705

For professional services rendered with regard to:

Re: <u>Secured Creditor Issues</u>

| Date | Atty | Description | Hours |
|---|---|---|---|
| Aug 5, 2015 | SRI | Conference and e-mail correspondence with Devon Eggert regarding lender issues (0.1). | 0.10 |
| Aug 12, 2015 | SAD | Review budget to actual report (0.4). | 0.40 |
| Aug 13, 2015 | RSL | Multiple e-mail correspondence with Dimitri Karcazes regarding FCC assertion of super priority claim and second cash collateral budget (0.8); telephone conference with Dimitri Karcazes regarding same (0.2); review cash collateral order (0.4); conference with Shelly DeRousse regarding second cash collateral budget (0.3) review of same (0.3). | 2.00 |
| Aug 13, 2015 | SAD | Conference with Richard Lauter regarding cash collateral budget (0.3); multiple e-mail correspondence with Dimitri Karcazes and debtor's counsel regarding budget (0.3). | 0.60 |
| Sep 10, 2015 | RSL | Review GPI cash collateral issues (0.3); multiple e-mail correspondence with Jason Brookner and Ted Gavin regarding GPI cash collateral issues (0.7). | 1.00 |
| Sep 15, 2015 | SAD | Review administrative expenses, paid and accrued and budget (1.0); multiple e-mail correspondence with Jeremy Van Etten rgarding debtor's finances (0.4). | 1.40 |
| Sep 25, 2015 | RSL | Review final proposed cash collateral budget (0.3). | 0.30 |
| Sep 29, 2015 | SRI | Review collateral analysis (0.2) e-mail correspondence regarding same with Richard Lauter (0.1). | 0.30 |
| Sep 30, 2015 | SRI | Review and coordinate scanning of all loan documents per request of Richard Lauter (0.6). ⑧ | 0.60 (-$261.00) |
| Sep 30, 2015 | RSL | Review collateral analysis (0.4); multiple e-mail correspondence with Rob Novotny regarding document request (0.2). | 0.60 |

3536516v1/30501-0004

13                                                                February 11, 2016

| Date | Initials | Description | Hours |
|---|---|---|---|
| Oct 28, 2015 | SAD | Telephone conference with Michael Schwarzmann regarding trustee selection (0.4); multiple email correspondence with Michael Schwarzmann regarding trustee (0.1). | 0.50 |
| Oct 29, 2015 | SAD | Review latest revisions to plan and disclosure statement (0.9); multiple e-mail correspondence with Jason Brookner regarding plan (0.3). | 1.20 |
| Oct 30, 2015 | DJE | E-mail correspondence from Jeremy Kleinman regarding plan and disclosure statement issues (0.2). | 0.20 |
| Nov 3, 2015 | RSL | Review plan and disclosure statement (1.0). | 1.00 |
| Nov 4, 2015 | DJE | Multiple e-mail correspondence with working group regarding open plan issues (0.3). | 0.30 |
| Nov 4, 2015 | RSL | Multiple e-mail correspondence with Jason Brookner regarding disclosure statement (0.8); multiple e-mail correspondence with Jason Brookner, Dimitri Karcazes and Devon Eggert regarding plan support letter and combined hearing on plan and disclosure statement (0.4); telephone conference with Jason Brookner, Dimitri Karcazes and Devon Eggert regarding plan support letter and combined hearing on plan and disclosure statement (0.6). | 1.80 |
| Nov 12, 2015 | SAD | Telephone conference with Jason Brookner regarding plan confirmation (0.5). | 0.50 |
| Nov 16, 2015 | DJE | Multiple e-mail correspondence with working group regarding open plan issues (0.2). | 0.20 |
| Nov 16, 2015 | RSL | Multiple e-mail correspondence with Shelly DeRousse, Dimitri Karcazes and Jason Brookner regarding trustee's advisory board (0.5); telephone conference with Shelly DeRousse, Dimitri Karcazes and Jason Brookner regarding trustee's advisory board (0.7). | 1.20 |
| Nov 17, 2015 | ELJ | Draft creditor trust agreement (2.9). | 2.90 |
| Nov 17, 2015 | SAD | Draft notice of motion to withdraw (0.3); e-mail correspondence with Devon Eggert and Elizabeth Janczak regarding notice (0.1); conference with Dimitri Karcazes, Jason Brookner and Jeremy Kleinman regarding trustee board and hearing (0.6); attend hearing (1.7). | 3.00 |

⑩ (-$144.00)

14                          February 11, 2016

| Nov 18, 2015 | ELJ | Continue drafting creditor trust agreement and compare to plan provisions (2.6). | 2.60 |
| Nov 19, 2015 | ELJ | Conference with Shelly DeRousse regarding creditor trust agreement (0.2). | 0.20 |
| Nov 19, 2015 | SAD | Telephone conference with Tina Hughes regarding plan trust board (0.6); e-mail correspondence with Tina Hughes regarding creditor trust (0.3); telephone conference with Andrea Gonzalez regarding creditor trust board (0.4); multiple e-mail correspondence to debtor regarding creditor trust (0.2); multiple e-mail correspondence to Dimitri Karcazes regarding creditor trust (0.2). | 2.70  ⑩ (-$480.00) |
| Nov 23, 2015 | SAD | Telephone conference with Jeremy Kleinman regarding landlord issues (0.3); e-mail correspondence with Dimitri Karcazes regarding trustee board (0.3); e-mail correspondence with Tina Hughes regarding trustee board (0.3); e-mail correspondence with committee regarding call (0.3). | 1.20 |
| Nov 23, 2015 | SAD | Review plan (0.7). | 0.70 |
| Nov 24, 2015 | RSL | Multiple e-mail correspondence with Shelly DeRousse, Jason Brookner, Dimitri Karcazes, Devon Eggert and Ted Gavin regarding trustee's advisory board (1.0). | 1.00 |
| Nov 24, 2015 | DJE | Telephone conference with Dimitri Karcazes (counsel for lender) regarding revisions to creditor trust agreement (0.1); multiple e-mail correspondence with working group regarding same (0.1); review draft revisions to creditor trust agreement (0.3); conference with Shelly DeRousse regarding same (0.2). | 0.70 |
| Nov 24, 2015 | SAD | Telephone conference with Dimitri Karcazes regarding trust and other issues (0.5). | 0.50 |
| Nov 25, 2015 | RSL | Review plan supplement and exhibits (1.3). | 1.30 |
| Nov 25, 2015 | DJE | Attend portions of telephone conference regarding revisions to creditor trust agreement (0.4); conference with Shelly DeRousse regarding same (0.2). | 0.60 |

2                                                        February 11, 2016

Statement No: 100187710

For professional services rendered with regard to:

Re: <u>Asset Sales</u>

| Date | Atty | Description | Hours |
|---|---|---|---|
| Aug 4, 2015 | DJE | Review proposed notice of various de minimis asset sales (0.2); e-mail correspondence with Shelly DeRousse regarding same (0.1); multiple e-mail correspondence with committee members regarding same (0.4). | 0.90 ⓘ (-$82.00) |
| Aug 11, 2015 | DJE | Multiple e-mail correspondence with committee working group regarding proposed asset sales (0.2). | 0.20 |
| Aug 13, 2015 | DJE | Multiple e-mail correspondence with committee regarding proposed inventory sale (0.2). | 0.20 |
| Sep 17, 2015 | SAD | Review two sale notices (0.5); e-mail correspondence with committee regarding sale notices (0.2). | 0.70 |
| Sep 17, 2015 | RSL | Review notices of Multifab and Caliber asset sales (0.3). | 0.30 |
| Sep 25, 2015 | SAD | Review notice of asset sale (0.4); e-mail correspondence with committee regarding asset sale notice (0.2). | 0.60 |
| Oct 14, 2015 | SAD | Review weekly sales report (0.3). | 0.30 |
| Oct 19, 2015 | DJE | E-mail correspondence with committee working group regarding proposed changes to sale procedures order (0.6). | 0.60 |
| Oct 19, 2015 | SAD | Review asset sale proposed terms (0.4); email correspondence to committee regarding asset sale (0.4); email correspondence to Michael Schwarzmann regarding asset sale (0.3). | 1.10 |
| Oct 20, 2015 | SAD | Review asset reports (0.5). | 0.50 |
| Oct 22, 2015 | RSL | Telephone conference with Jason Brookner regarding modification of inventory sales procedures (0.5). | 0.50 |

3536532v1/30501-0011